UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

HAROLD WARREN,             :

               Plaintiff,    :

   -against-              :

COLUMBIA PRESBYTERIAN      :
HOSPITAL, et al.,
                         :
              Defendants.
------------------------------------------------------x

**ORDER**

12 Civ. 5139 (RA) (FM)

**FRANK MAAS,** United States Magistrate Judge.

      Dr. Warren's recent letter to Judge Abrams, dated August 22, 2013, seeks to adjourn "any hearings" until such time as he is medically cleared following abdominal surgery. Unfortunately, Dr. Warren does not indicate how long a delay he anticipates.

      Judge Abrams' order dated August 27, 2013, correctly states that any requests for an adjournment of proceedings in this case must be directed to me. Rather than waiting for a separate letter, however, I will adjourn the conference without date, as Dr. Warren has requested. Furthermore, to ensure that Dr. Warren has adequate time to convalesce, I hereby direct that this case be placed on the suspense calendar until such time as Dr. Warren notifies me in writing that he is ready to proceed with this case, and furnishes me with a letter from his doctor confirming that he is medically fit to proceed.

      SO ORDERED.

Dated:    New York, New York
             August 28, 2013

                                                  FRANK MAAS
                                   United States Magistrate Judge

Copies to:

Hon. Ronnie Abrams
United States District Judge

Harold Warren     (Via U.S. Mail)
2753 Broadway, Apt. 220
New York, New York 10025

Counsel of Record   (Via ECF)